UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DAVID P. LENNON, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>REALITY KATS, LLC, et al.,<br><br>　　　　Defendants.<br>―――――――――――――――――<br>REALITY KATS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIRSYL, INC., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02258-LB<br><br>(Consolidated with Case No. 20-cv-02271-LB)<br><br>**VERDICT FORM** |

**Wrongful Use of Civil Proceedings**

　　1.　　Do you find (i) that Plaintiffs David Lennon, Mirsyl, Inc., and/or Novato Development established that Defendants Reality Kats, LLC, Dennis Simpson and/or Qili Ye Simpson engaged in the wrongful use of civil proceedings, and (ii) that Defendants Reality Kats, LLC, Dennis Simpson and/or Qili Ye Simpson failed to establish the existence of an affirmative defense to this claim?

VERDICT FORM – No. 20-cv-02258-LB

|   |   |   |
|---|---|---|
| a. David Lennon | _____ Yes | _____ No |
| b. Mirsyl, Inc. | _____ Yes | _____ No |
| c. Novato Development | _____ Yes | _____ No |

*If you answered "yes" to any part of Question 1, please answer Question 2. If you answered "no" to all parts of Question 1, please skip to Question 3.*

2. Please identify which Defendants engaged in the wrongful use of civil proceedings:

|   |   |   |
|---|---|---|
| a. Reality Kats, LLC | _____ Yes | _____ No |
| b. Dennis Simpson | _____ Yes | _____ No |
| c. Qili Ye Simpson | _____ Yes | _____ No |

3. Do you find (i) that Plaintiffs David Lennon, Mirsyl, Inc., and/or Novato Development established that Defendants Reality Kats, LLC, Dennis Simpson and/or Qili Ye Simpson engaged in abuse of process, and (ii) that Defendants Reality Kats, LLC, Dennis Simpson and/or Qili Ye Simpson failed to establish the existence of an affirmative defense to this claim?

|   |   |   |
|---|---|---|
| a. David Lennon | _____ Yes | _____ No |
| b. Mirsyl, Inc. | _____ Yes | _____ No |
| c. Novato Development | _____ Yes | _____ No |

*If you answered "yes" to any part of Question 3, please answer Question 4. If you answered "no" to all parts of Question 3, please skip to Question 5.*

4. Please identify which Defendants engaged in abuse of process:

|   |   |   |
|---|---|---|
| a. Reality Kats, LLC | _____ Yes | _____ No |
| b. Dennis Simpson | _____ Yes | _____ No |
| c. Qili Ye Simpson | _____ Yes | _____ No |

5. Do you find (i) that Plaintiffs David Lennon, Mirsyl, Inc., and/or Novato Development establish that Defendants Reality Kats, LLC, Dennis Simpson and/or Qili Ye Simpson engaged in slander of title, and (ii) that Defendants Reality Kats, LLC, Dennis Simpson and/or Qili Ye Simpson failed to establish the existence of an affirmative defense to this claim?

    a. David Lennon      _____ Yes      _____ No

    b. Mirsyl, Inc.      _____ Yes      _____ No

    c. Novato Development      _____ Yes      _____ No

*If you answered "yes" to any part of Question 5, please answer Question 6. If you answered "no" to all parts of Question 5, please skip to the instructions following Question 6.*

**Slander of Title**

6. Please identify which Defendants engaged in slander of title:

    a. Reality Kats, LLC      _____ Yes      _____ No

    b. Dennis Simpson      _____ Yes      _____ No

    c. Qili Ye Simpson      _____ Yes      _____ No

*If you answered "yes" to any part of Questions 1, 3, 5, please answer Questions 7 and 8. If you answered no" to each of Questions 1, 3, and 5, please skip to Question 9.*

**Conspiracy**

7. Do you find that Defendant Qili Ye Simpson conspired with either Dennis Simpson or Reality Kats to commit wrongful use of civil proceedings, abuse of process, and/or slander of title?

    _____ Yes      _____ No

**Damages**

8. Please specify the amount of damages that should be awarded to Plaintiffs to compensate them for the harm they suffered as a result of Defendants' conduct that you have found constituted wrongful use of civil proceedings, wrongful use of administrative proceedings, abuse of process, and/or slander of title.

    a. David Lennon:

        (i) Past and future medical expenses:   $_____

        (ii) Lost earnings:   $_____

        (iii) Lost profits:   $_____

        (iv) Pain, Suffering, Emotional Distress:   $_____

    b. Mirsyl, Inc.

        (i) Lost profits:   $_____

    c. Novato Development

        (i) Lost profits:   $_____

*If you awarded any damages in response to Question 8, please answer question 9. If you awarded no damages, please skip to question 10.*

**Malice, Oppression, and/or Fraud**

9. Did Plaintiffs David Lennon, Mirsyl, Inc., and/or Novato Development establish by clear and convincing evidence that Defendants Reality Kats, LLC, Dennis Simpson and/or Qili Ye Simpson engaged in the conduct constituting wrongful use of civil proceedings, abuse of process, and/or slander of title with malice, oppression and/or fraud?

    a. David Lennon   _____ Yes   _____ No

    b. Mirsyl, Inc.   _____ Yes   _____ No

    c. Novato Development   _____ Yes   _____ No

*If you awarded "yes" to any part of Question 9, please answer question 10. If you awarded no to all parts of Question 9, please skip to Question 11.*

**Damages**

10.  Please specify the amount of punitive damages that should be awarded against Defendants Reality Kats, LLC, Dennis Simpson and/or Qili Ye Simpson to punish them for the conduct that harmed Plaintiffs and to discourage similar conduct in the future.

    a. Reality Kats, LLC      $_____

    b. Dennis Simpson      $_____

    c. Qili Ye Simpson      $_____

**Recission**

11.  Do you find that Mirsyl, Inc. established that it is entitled to rescission of the purchase agreement by which Mirsyl, Inc. acquired Novato Development from Reality Kats, LLC?

    _____ Yes      _____ No

*If you awarded "yes" to Question 11, please answer question 12, and then skip the remaining questions and sign and date the verdict form.  If you awarded no to Question 11, please skip to Question 13.*

**Damages**

12.  Please specify the amount of money, if any, that should be returned by Reality Kats, LLC to Mirsyl, Inc.

    $_____

*If you have answered "yes" to Question 11 and provided an answer to Question 12, please skip the remaining questions and sign and date the verdict form*

.

**Breach of Contract Claim**

13. Do you find (i) that Reality Kats, LLC establish that Mirsyl, Inc. breached a contract to pay money to Reality Kats, and (ii) that Mirsyl, Inc. failed to establish any affirmative defense to this claim?

_____ Yes       _____ No

*If you awarded "yes" to Question 13, please answer question 14.  If you awarded no to Question 13,  please skip the remaining question and sign and date the verdict form.*

**Damages**

14.    Please specify the amount of damages that should be awarded to Reality Kats to place it in as good a position as if Mirsyl had performed as promised.

$_____

*There are no further questions.  Please sign and date the form.*

Signed: _____ (Presiding Juror)        Dated: _____